**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE, for herself and the class,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE GENERAL HOSPITAL,<br><br>Defendant. | Case No.: 1:25-cv-10081 |

**DEFENDANT LAWRENCE GENERAL HOSPITAL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Lawrence General Hospital ("Lawrence General") submits this Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the District of Massachusetts in *Goulart, et al. v. Cape Cod Healthcare Inc.*, No. 25-10445-RGS (D. Mass. June 24, 2025), which is highly relevant to Lawrence General's pending Motion to Dismiss Plaintiff Jane Doe's Amended Complaint [ECF No. 15]. In *Cape Cod*, the Court dismissed plaintiffs' Electronic Communications Privacy Act claim under similar circumstances, holding the crime-tort exception does not apply where the defendant's primary motivation was not to commit a crime or tort but to advance a commercial purpose. A copy of the *Cape Cod* decision, which further supports points raised in Lawrence General's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: June 25, 2025

Respectfully submitted,

LAWRENCE GENERAL HOSPITAL

By: */s/ Lisa Oliver White*

Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Anna A. Gadberry (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550
agadberry@shb.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I, Jad Sheikali, hereby certify that on June 25, 2025, the within document filed through the CM/ECF system will be sent electronically to all attorneys of record.

/s/ *Jad Sheikali*
Jad Sheikali