United States District Court
District of Massachusetts

| | |
|---|---|
| Jane Doe,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lawrence General Hospital,<br><br>　　　　Defendant. | Civil Action No.<br>25-10081-NMG |

**MEMORANDUM & ORDER**

GORTON, J.

After consideration of the Report and Recommendation ("R&R") of Magistrate Judge Paul G. Levenson (Docket No. 41) and subsequent objections of plaintiff (Docket No. 46) thereto with respect to defendant's motion to dismiss (Docket No. 15), the Court will accept, in part, and reject, in part, the R&R.

The Court accepts the recommendation to dismiss the original complaint due to pleading deficiencies but rejects the recommendation to remand the case to state court in light of plaintiff's pending motion to amend the complaint (Docket No. 47). In that most recent pleading, plaintiff purports to cure the pleading defects identified in the R&R and the Court will await receipt of defendant's response before ruling thereon.

**ORDER**

For the foregoing reasons, the Report and Recommendation (Docket No. 41) is accepted, in part, and rejected, in part, such that defendant's motion to dismiss (Docket No. 15) is **ALLOWED** but the case will not be remanded pending resolution of plaintiff's pending motion to amend her complaint.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
Senior United States District Judge

Dated: September 30, 2025