**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JANE DOE, for herself and the class,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE GENERAL HOSPITAL,<br><br>Defendant. | Case No.: 1:25-cv-10081-NMG |

**DEFENDANT LAWRENCE GENERAL HOSPITAL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Lawrence General Hospital ("LGH") submits this Notice of Supplemental Authority to direct the Court's attention to a recent decision of the United States District Court for the District of Massachusetts in *Doe, et al. v. Emerson Hosp.*, No. 1:25-cv-13631-RGS (D. Mass. Feb. 11, 2026), which is highly relevant to LGH's pending Motion to Dismiss Plaintiff Jane Doe's Second Amended Complaint [ECF No. 59]. In *Emerson*, the Court dismissed plaintiffs' common law claims for invasion of privacy, breach of fiduciary duty and/or common law duty of confidentiality, breach of implied contract, and unjust enrichment under similar circumstances. The Court held plaintiffs' allegations were insufficient to plausibly allege any of their claims because they failed to "identify any *concrete* examples" of how they used Emerson's website, portals, or mobile application and therefore failed to provide Emerson "with adequate notice of the PHI it allegedly disclosed to third-party advertisers." A copy of the *Emerson* decision, which further supports points raised in LGH's Motion to Dismiss, is attached as Exhibit A for the Court's consideration.

Dated: February 18, 2026

Respectfully submitted,

LAWRENCE GENERAL HOSPITAL

By: */s/Lisa Oliver White*
Lisa Oliver White, BBO# 666841
**SHOOK, HARDY & BACON L.L.P.**
One Federal Street, Suite 2620
Boston, MA 02110
Tel: (617) 531-1411
lowhite@shb.com

Tammy B. Webb (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: (415) 544-1900
twebb@shb.com

Jad Sheikali (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700
jsheikali@shb.com

Anna A. Gadberry (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd
Kansas City, MO 64108
Tel: (816) 474-6550
agadberry@shb.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I, Lisa White, hereby certify that on February 18, 2026, the within document filed through the CM/ECF system will be sent electronically to all attorneys of record.

*/s/ Lisa Oliver White*
Lisa Oliver White